# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134540 & (22)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                    SC: 134540
                                    COA: 275817
                                    Wayne CC: 04-006183-01

DAVID PATRICK TOTH,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 12, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2008                                    _____

d0114                                             Clerk